UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VA
RICHMOND DIVISION

| | |
|---|---|
| IN RE:<br>SHANNON NICOLE BRAGG<br>    Debtor(s) | BCN#: 08-35944\KRH<br>Chapter: 13 |
| U.S. Bank National Association as trustee under Pooling and Servicing Agreement Dated as of August 1, 2006 MASTR Asset Backed Securities Trust 2006 HE3 Mortgage Pass-Through Certificates Series 2006 HE3 or present noteholder,<br>    Movant/Secured Creditor,<br>v.<br>SHANNON NICOLE BRAGG<br>    Debtor(s)<br>and<br>CARL M. BATES<br>    Trustee<br>    Respondents | AFFIDAVIT OF BREACH |

The undersigned, Attorney for U.S. Bank National Association as trustee under Pooling and Servicing Agreement Dated as of August 1, 2006 MASTR Asset Backed Securities Trust 2006 HE3 Mortgage Pass-Through Certificates Series 2006 HE3, hereby certifies to the best of his/her knowledge, information, and belief that the following is true and correct:

1. On March 26, 2009 this Court entered an Order in the above-styled case providing that the debtor(s) was to have cured all post-petition arrearages by adhering to a repayment plan and was not to default for a period of thirty days in making future, monthly, post-petition payments.

2. As of September 16, 2009, the Movant has not received the post-petition payment that was due July 1, 2008.

3. The present amount of the post-petition arrearages is $2,134.96, which figure includes monthly payments ($949.19) for July through September, 2009 and late charges ($37.62) for July through September, 2009 less debtor's suspense of $825.47.

Trenita Jackson-Stewart, Esquire VSB# 48412
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777 08-137645

4. Unless a response is filed within fifteen days, the amount necessary to cure this Affidavit of Breach is $2,134.96 if paid on or before September 30, 2009, or $3,084.15 if paid after September 30, 2009. This amount must be received in the office of Shapiro & Burson, LLP, counsel for the movant, at the address listed below on or before the 1st day of October, 2009. in the form of a cashiers' check or certified funds payable to the Movant. Cash and/or money orders cannot be accepted.

5. This Affidavit of Breach is being filed in accordance with the Court Order of March 26, 2009, the Order stipulating that the Affidavit of Breach must be cured within 15 days of the mailing of this affidavit or that a response must be filed to said notice denying the default and requesting a hearing.

By: _____  Date: 9-16-09
Trenita Jackson Stewart, Esquire

I hereby certify that on this ___16___ day of ___Sept.___, 2009, I electronically transmitted and/or mailed copies of the foregoing by first-class mail, postage prepaid to:

JOHN RUSSELL BOLLINGER
P.O. BOX 11588
RICHMOND, VA 23230-1588

CARL M. BATES
P.O. BOX 1819
RICHMOND, VA 23218

SHANNON NICOLE BRAGG
1906 5TH AVENUE
Richmond, VA 23222

_____
TRENITA JACKSON STEWART, Esq.
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462
(757) 687-8777

Subscribed and sworn to before me this __16Th__ day of __Sept.__, 2009.

My commission expires: 11-30-12
_____
Notary Public

08-137845   # 192921